AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

| | |
|---|---|
| Black Soil Asset Management Limited and Qiang Chang Sun <br> _Plaintiff_ <br> v. <br> Qian Wang <br> _Defendant_ | ) ) ) ) ) ) ) Civil Action No. 3:23-cv-04493-AGT |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on _(date)_ April 9, 2024.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 05 DECEMBER 2025

CLERK OF COURT
MARK B. BUSBY        MIA BUENSUCESO-CUENCO
_Signature of Clerk or Deputy Clerk_

```
LEWIS ROCA ROTHGERBER CHRISTIE LLP
John C. Gray (CA Bar No. 267686)
201 East Washington Street, Suite 1200
Phoenix, AZ  85004
Telephone:      602-262-5331
E-mail:         jgray@lewisroca.com

Jack V. Valinoti (SBN 214715)
jvalinoti@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
100 Pine Street, Suite 1750
San Francisco, CA 94111
Tel:   650.391.1380
Fax:   650.391.1395

Robert M. Charles, Jr. (pro hac vice)
One South Church Avenue, Suite 2000
Tucson, AZ  85701-1611
Telephone:      520-629-4427
E-mail:         rcharles@lewisroca.com
```

*Attorneys for Plaintiffs*
*Black Soil Asset Management Limited*
*and Qiang Chang Sun*

**ECF DOCUMENT**
I hereby attest and certify this is a printed copy of a document which was electronicallly filed with the United States District Court for the Northern District of California.
Date Filed: 09 APRIL 2024
Clerk, US District
Northern District of California
By _____, Deputy Clerk
MIA BUENSUCESO-CUENCO
MARK B. BUSBY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| Black Soil Asset Management Limited et al., | Case No. 3:23-cv-04493-AGT |
|---|---|
| Petitioners, | **JUDGMENT** |
| v. | (Assigned to the Hon. Alex G. Tse) |
| Qian Wang, | |
| Respondent. | |

Pursuant to Federal Rules of Civil Procedure 54 and 58, and in accordance with the Court's March 21, 2024, Order On Petition To Confirm, And Motion To Vacate, Foreign Arbitral Award (Dkt. 30), final judgment is hereby entered in favor of Petitioners Black Soil Asset Management

-1-
JUDGMENT

Limited ("Black Soil") and Qiang Chang Sun (together with Black Soil, "Petitioners") and against Respondent Qian Wang ("Mr. Wang") as follows:

    1.    The Final Award issued on June 30, 2023, by the Hong Kong International Arbitration Centre ("HKIAC") in the *Matter of an Arbitration Under the 2018 HKIAC Administered Arbitration Rules between Black Soil Asset Management Limited, 1st Claimant, Mr. Qiang Chang Sun, 2nd Claimant, and SICCO Investment Inc., 1st Respondent, Mr. Qian Wang, 2nd Respondent*, is hereby confirmed in its entirety as between Petitioners and Mr. Wang.

    2.    Petitioners Mr. Qiang Chang Sun and Black Soil Asset Management Limited shall recover from Respondent Mr. Qian Wang, and Mr. Qian Wang shall pay to Petitioners, the sum of USD $44,295,451.36, plus post-award interest, from July 1, 2023, until paid in full, at the rate of $10,327.12 per diem, together with any costs of this proceeding as may be allowed and/or taxed and any attorney's fees as may be awarded pursuant to Federal Rule of Civil Procedure 54 and/or Civil L.R. 54, or as otherwise provided by law.

    3.    All sums awarded in this Judgment shall bear interest from the date of the entry of this Judgment pursuant to 28 U.S.C. § 1961.

IT IS SO ORDERED AND ADJUDGED.

Dated: April 9, 2024

                                                           Alex G. Tse
                                                           United States Magistrate Judge