ABSTRACT OF JUDGMENT

**Re:** Black Soil Asset Management Limited et al v. Qian Wang

**Case Number:** 1:26-mc-00037

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Qian Wang<br>10 Winding Lane<br>Orinda, CA 94563 | Black Soil Asset Management Limited<br>Vistra Corporate Services Centre,<br>Wickhams Cay II, Road,<br>Tortola VG1110, British Virgin Islands<br><br>Qiang Chang Sun<br>Room 5606, 56 Floor, Central Plaza, No. 18 Harbour Road, Wan Chai, Hong Kong |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| USD $44,295,451.36, plus post-award interest, from July 1, 2023, until April 9, 2024, at the rate of $10,327.12 per diem, and that amount thereafter bearing interest from the date of the entry of the Judgment [i.e., April 9, 2024] pursuant to 28 U.S.C. § 1961. | Darryl G. Stein<br>Michael Cinnamon<br>Kobre & Kim LLP<br>800 Third Avenue, Sixth Floor,<br>New York, 10022<br>(+1 212 488 1243 \| Darryl.Stein@kobrekim.com)<br>(+1 646 993 1751 \| Michael.Cinnamon@kobrekim.com)<br><br>John Han<br>KOBRE & KIM LLP<br>Champion Tower, 25th Floor<br>3 Garden Road<br>Central, Hong Kong<br>(852 2127 3288 \| | April 9, 2024 |

UNITED STATES OF AMERICA,
CLERK'S OFFICE - U.S. DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

I CERTIFY that the foregoing is a correct Abstract of the Judgment

Dated: New York          , New York

TAMMI M. HELLWIG, Clerk of Court

_____
By,          Deputy Clerk